# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3110

_____

John P. Murphy,                                    *
                                                   *
            Appellant,                             *
                                                   *   Appeal from the United States
      v.                                           *   District Court for the
                                                   *   District of Minnesota.
Sheryl Ramstad Hvass; Jeff Peterson;               *
John Peterson,                                     *          [UNPUBLISHED]
                                                   *
            Appellees.                             *

_____

Submitted:  April 4, 2003
Filed:  April 14, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

        John P. Murphy appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint.  Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court, and that the court did not abuse its discretion in denying Murphy's motions to amend his complaint and to compel

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

discovery.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We also deny Murphy's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.